# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT JACKSON

### JUNE 1997 SESSION



**FILED**

**June 19, 1997**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

| | |
|---|---|
| **JOHNNY SMITH, JR.,** | ) |
| | ) C.C.A. No. 02C01-9608-CR-00287 |
| Appellant, | ) |
| | ) Shelby County |
| V. | ) |
| | ) Honorable Chris Craft, Judge |
| | ) |
| **STATE OF TENNESSEE,** | ) (Post-Conviction) |
| | ) |
| Appellee. | ) |

FOR THE APPELLANT:

Johnny Smith, Jr., <u>Pro</u> <u>Se</u>
Reg. No. 12232-076
F.C.I. Memphis
P.O. Box 34550 (Beale-B)
Memphis, TN 38184-0550

FOR THE APPELLEE:

Charles W. Burson
Attorney General & Reporter

Janis L. Turner
Counsel for the State
450 James Robertson Parkway
Nashville, TN 37243-0493

William L. Gibbons
District Attorney General

Daniel R. Moody
Assistant District Attorney General
Criminal Justice Complex, Suite 301
201 Poplar Avenue
Memphis, TN 38103

OPINION FILED: _____

**AFFIRMED**

**PAUL G. SUMMERS,**
Judge

# OPINION

In 1987 the appellant, Johnny Smith, Jr., pled guilty to the unlawful possession of marijuana with intent to sell and convicted felon carrying a firearm. In 1996 he filed a petition for post-conviction relief, approximately nine years after his convictions became final. The trial court dismissed the petition on the ground that it was barred by the statute of limitations.

When appellant's convictions became final, the law allowed three years to file a petition for post-conviction relief. Tenn. Code Ann. § 40-30-102 (1990). The appellant's time period for filing his petition expired in 1990. Therefore, his petition is time barred.

Accordingly, we find no error of law mandating reversal. The trial court's dismissal of the petition is affirmed in accordance with Tenn. R. Ct. Crim. App., Rule 20.

_____
PAUL G. SUMMERS, Judge

CONCUR:


_____
DAVID H. WELLES, Judge


_____
JOE G. RILEY, Judge